AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
## for the
### Eastern District of Virginia

| | |
|---|---|
| United States of America<br>v.<br>Artavia Lorraine Palmer a/k/a "Tay,"<br>Elitcha Kwami Bonney, Melissa Janice Hall<br>a/k/a "Charlie," and Sherrita Rocquel McMillian<br>a/k/a "Rocquie," and "Rita,"<br>*Defendant(s)* | Case No. 1:12MJ610 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __June 2011__ in the county of __Arlington__ in the __Eastern__ District of __Virginia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 USC §§ 841(a)(1), 843(a)(3) & 846 | Defendant knowingly, intentionally, and unlawfully combined, conspired, confederated, and agreed with others to distribute acquire and obtain by misrepresentation, fraud, forgery, deception, or subterfuge, a mixture and substance containing a detectable amount of Promethazine with Codeine Syrup, a Schedule V controlled substance. |

This criminal complaint is based on these facts:

See Attached Affidavit

☑ Continued on the attached sheet.

*Complainant's signature*

Bryan J. Morrison, Detective, Arlington Police Dept.

*Printed name and title*

Sworn to before me and signed in my presence.

Date: __09/20/2012__

/s/
Theresa Carroll Buchanan
United States Magistrate Judge
*Judge's signature*

City and state: __Alexandria, VA__

Hon. Theresa Carroll Buchanan,
U.S. Magistrate Judge
*Printed name and title*