JS 45 (01/2009)        **REDACTED**

## Criminal Case Cover Sheet                                                                    U.S. District Court

**Place of Offense:**             Under Seal: Yes X  No ___     Judge Assigned:  Judge Buchanan
City _____ Superseding Indictment _____     Criminal Number: _____
County/Parish  Arlington    Same Defendant _____             New Defendant  X
                            Magistrate Judge Case Number  1:12MJ610    Arraignment Date: _____
                            Search Warrant Case Number _____
                            R 20/R 40 from District of _____
                            Related Case Name and No: _____

**Defendant Information:**
Juvenile -- Yes ___ No  X   FBI # _____
Defendant Name:  ARTAVIA LORRAINE PALMER     Alias Name(s) Tay
Address: _____
Employment: _____
Birth date xx/xx/1987  SS# xxx-xx-4813  Sex  F  Def Race _____ Nationality _____ Place of Birth _____
Height _____ Weight _____ Hair _____ Eyes _____ Scars/Tattoos _____
    Interpreter: X No  ___ Yes  List language and/or dialect: _____ Automobile Description _____

**Location Status:**
Arrest Date _____
___ Already in Federal Custody as of _____ in _____
___ Already in State Custody      ___ On Pretrial Release     X  Not in Custody
 X  Arrest Warrant Requested      ___ Fugitive                ___ Summons Requested
___ Arrest Warrant Pending        ___ Detention Sought        ___ Bond _____

**Defense Counsel Information:**
Name: _____   ___ Court Appointed    Counsel conflicted out: _____
Address: _____ ___ Retained          _____
Telephone: _____ ___ Public Defender  Federal Public Defender's Office conflicted out:___

**U.S. Attorney Information:**
SAUSA  Jessica Hertz      Telephone No:  (703) 299-3848     Bar # _____

**Complainant Agency, Address & Phone Number or Person & Title:**
Bryan J. Morrison, Detective, Arlington Police Dept.

**U.S.C. Citations:**

|       | Code/Section | Description of Offense Charged | Count(s) | Capital/Felony/Misd/Petty |
|-------|--------------|--------------------------------|----------|---------------------------|
| Set 1 | 21 USC 841(a)(1), 843(a)(3) & 846 | Conspiracy to Distribute Promethazine with Codeine Syrup | 1 | Felony |
| Set 2 |              |                                |          |                           |
| Set 3 |              |                                |          |                           |

(May be continued on reverse)

Date:  9/20/12        Signature of SAUSA:  _____

JS 45 (01/2009)

**REDACTED**

## Criminal Case Cover Sheet                                     U.S. District Court

**Place of Offense:**    Under Seal: Yes _X_ No ____    Judge Assigned: Judge Buchanan

City _____ Superseding Indictment ____ Criminal Number: _____

County/Parish Arlington ____ Same Defendant ____ New Defendant _X_

Magistrate Judge Case Number 1:12MJ610   Arraignment Date: _____

Search Warrant Case Number _____

R 20/R 40 from District of _____

Related Case Name and No: _____

**Defendant Information:**

Juvenile -- Yes ___ No _X_ FBI # _____

Defendant Name: **ELITCHA KWAMI BONNEY**    Alias Name(s) _____

Address: _____

Employment: _____

Birth date xx/xx/1986 SS# xxx-xx-0118 Sex _F_ Def Race ____ Nationality ____ Place of Birth ____

Height ____ Weight ____ Hair ____ Eyes ____ Scars/Tattoos ____

Interpreter: _X_ No ___ Yes List language and/or dialect: ____ Automobile Description ____

**Location Status:**

Arrest Date _____

___ Already in Federal Custody as of _____ in _____

___ Already in State Custody    ___ On Pretrial Release    _X_ Not in Custody

_X_ Arrest Warrant Requested    ___ Fugitive    ___ Summons Requested

___ Arrest Warrant Pending    ___ Detention Sought    ___ Bond ____

**Defense Counsel Information:**

Name: _____ ___ Court Appointed    Counsel conflicted out: ____

Address: _____ ___ Retained

Telephone: _____ ___ Public Defender    Federal Public Defender's Office conflicted out: ____

**U.S. Attorney Information:**

SAUSA Jessica Hertz    Telephone No: (703) 299-3848    Bar # ____

**Complainant Agency, Address & Phone Number or Person & Title:**

Bryan J. Morrison, Detective, Arlington Police Dept.

**U.S.C. Citations:**

| | Code/Section | Description of Offense Charged | Count(s) | Capital/Felony/Misd/Petty |
|---|---|---|---|---|
| Set 1 | 21 USC 841(a)(1), 843(a)(3) & 846 | Conspiracy to Distribute Promethazine with Codeine Syrup | 1 | Felony |
| Set 2 | | | | |
| Set 3 | | | | |

(May be continued on reverse)

Date: 9/20/12    Signature of SAUSA: _[signature]_

JS 45 (01/2009)                                    **REDACTED**

# Criminal Case Cover Sheet                                                                       U.S. District Court

**Place of Offense:**           Under Seal: Yes  X   No ____      Judge Assigned: Judge Buchanan
City _____      ____Superseding Indictment     ____Criminal Number: _____
County/Parish Arlington   ____Same Defendant             ____New Defendant    X _____
                          Magistrate Judge Case Number 1:12MJ610 ____Arraignment Date: _____
                          Search Warrant Case Number _____
                          R 20/R 40 from District of   _____
                          Related Case Name and No: _____

**Defendant Information:**
Juvenile --Yes ___ No  X   FBI # _____
Defendant Name: MELISSA JANICE HALL   Alias Name(s) Charlie
Address: _____
Employment: _____
Birth date xx/xx/1990  SS# xxx-xx-4243  Sex F  Def Race _____ Nationality _____ Place of Birth _____
Height _____ Weight ____ Hair _____ Eyes _____ Scars/Tattoos _____
    Interpreter: X  No ____Yes List language and/or dialect: _____Automobile Description _____

**Location Status:**
Arrest Date _____
___Already in Federal Custody as of _____ in _____
___Already in State Custody      ___On Pretrial Release   X  Not in Custody
___Arrest Warrant Requested      ___Fugitive              X  Summons Requested
___Arrest Warrant Pending        ___Detention Sought      ___Bond _____

**Defense Counsel Information:**
Name: _____              ___Court Appointed     Counsel conflicted out: _____
Address: _____           ___Retained            _____
Telephone: _____         ___Public Defender     Federal Public Defender's Office conflicted out: ____

**U.S. Attorney Information:**
SAUSA Jessica Hertz _____ Telephone No: (703) 299-3848   Bar # _____

**Complainant Agency, Address & Phone Number or Person & Title:**
Bryan J. Morrison, Detective, Arlington Police Dept.

**U.S.C. Citations:**

|       | Code/Section | Description of Offense Charged | Count(s) | Capital/Felony/Misd/Petty |
|-------|---|---|---|---|
| Set 1 | 21 USC 841(a)(1), 843(a)(3) & 846 | Conspiracy to Distribute Promethazine with Codeine Syrup | 1 | Felony |
| Set 2 | | | | |
| Set 3 | | | | |

(May be continued on reverse)

Date: 9/20/12 _____ Signature of SAUSA: _____

JS 45 (01/2009)                         **REDACTED**

# Criminal Case Cover Sheet                                           U.S. District Court

**Place of Offense:**          Under Seal: Yes X   No ____    Judge Assigned:  Judge Buchanan
City _____          _____Superseding Indictment    Criminal Number: _____
County/Parish Arlington       _____Same Defendant            _____New Defendant   X _____
                              Magistrate Judge Case Number  1:12MJ610    Arraignment Date: _____
                              Search Warrant Case Number   _____
                              R 20/R 40 from District of   _____
                              Related Case Name and No:    _____

**Defendant Information:**
Juvenile --Yes ___ No X  FBI # _____
Defendant Name: SHERRITA ROCQUEL MCMILLIAN    Alias Name(s) Rocquie, Rita _____
Address: _____
Employment: _____
Birth date xx/xx/1987 SS# xxx-xx-0066 Sex F Def Race _____ Nationality _____ Place of Birth _____
Height _____ Weight _____ Hair _____ Eyes _____ Scars/Tattoos _____
   Interpreter: X No ___ Yes List language and/or dialect: _____ Automobile Description _____

**Location Status:**
Arrest Date _____
___Already in Federal Custody as of _____ in _____
___Already in State Custody    ___On Pretrial Release    X  Not in Custody
X  Arrest Warrant Requested    ___Fugitive               ___Summons Requested
___Arrest Warrant Pending      ___Detention Sought       ___Bond _____

**Defense Counsel Information:**
Name: _____           ___Court Appointed      Counsel conflicted out: _____
Address: _____        ___Retained             _____
Telephone: _____      ___Public Defender      Federal Public Defender's Office conflicted out: ___

**U.S. Attorney Information:**
SAUSA Jessica Hertz _____ Telephone No: (703) 299-3848   Bar # _____

**Complainant Agency, Address & Phone Number or Person & Title:**
Bryan J. Morrison, Detective, Arlington Police Dept.

**U.S.C. Citations:**

|       | Code/Section                          | Description of Offense Charged                          | Count(s) | Capital/Felony/Misd/Petty |
|-------|---------------------------------------|---------------------------------------------------------|----------|---------------------------|
| Set 1 | 21 USC 841(a)(1), 843(a)(3) & 846     | Conspiracy to Distribute Promethazine with Codeine Syrup | 1        | Felony                    |
| Set 2 |                                       |                                                         |          |                           |
| Set 3 |                                       |                                                         |          |                           |

(May be continued on reverse)

Date: 9/20/12 _____ Signature of SAUSA: _____