AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

United States of America )
v. )
Artavia Lorraine Palmer, a/k/a "Tay" et al )  Case No.  1:12MJ610
Defendant )

## ARREST WARRANT

To: Any authorized law enforcement officer

YOU ARE COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay
(name of person to be arrested)  ARTAVIA LORRAINE PALMER,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☑ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

Defendant knowingly, intentionally, and unlawfully combined, conspired, confederated, and agreed with others to distribute acquire and obtain by misrepresentation, fraud, forgery, deception, or subterfuge, a mixture and substance containing a detectable amount of Promethazine with Codeine Syrup, a Schedule V controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1), 843 (a)(3) and 846.

Date: 09/20/2012

/s/
Theresa Carroll Buchanan
United States Magistrate Judge
Issuing officer's signature

City and state:  Alexandria, Virginia

Hon. Theresa Carroll Buchanan, U.S. Magistrate Judge
Printed name and title

### Return

This warrant was received on (date) 9/20/2012, and the person was arrested on (date) 9/27/2012
at (city and state) Temple Hills, MD.

Date: 9/27/2012

TFO [signature]
Arresting officer's signature

TFO Diana Gutierrez
Printed name and title