UNDERSEAL

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

UNITED STATES

vs.

Artavia Lorraine Palmer
**DEFENDANT(S)**

JUDGE: THOMAS RAWLES JONES, JR.
CASE NO.: 12mj610
HEARING: PH/DH
DATE: 9/28/12
TIME: 2pm
REPORTER: FTR GOLD SYSTEM
CLERK: CHRISTINA MARQUEZ

COUNSEL FOR UNITED STATES: Julia Martinez
COUNSEL FOR DEFENDANT: Alfred Robertson
INTERPRETER: _____ LANGUAGE: _____

(X) DEFT. APPEARED ( ) THROUGH COUNSEL ( ) FAILED TO APPEAR ( ) WARRANT TO BE ISSUED

( ) RULE 5 ADVISEMENT                    ( ) DEFT. ADMITS ( ) DENIES VIOLATION
( ) COURT TO APPOINT COUNSEL              ( ) COURT FINDS DEFT. IN VIOLATION
( ) DEFT. TO RETAIN COUNSEL
( ) CONTACT PREVIOUS COUNSEL & REAPPOINT
( ) PRELIMINARY EXAMINATION WAIVED
(X) COURT FINDS PROBABLE CAUSE
(X) U.S. REQUESTS DETENTION ( ) GRANTED ( ) DENIED
( ) GOVT NOT SEEKING DETENTION
(X) DEFT. (X) REMANDED ( ) DETAINED          ( ) DEFT. CONTINUED ON BOND/PROBATION

**CONDITIONS OF RELEASE:**
($     ) UNSECURED ($     ) SECURED ( ) PTS ( ) 3RD PARTY ( ) TRAVEL RESTRICTED
( ) APPROVED RESIDENCE ( ) SATT ( ) PAY COSTS ( ) ELECTRONIC MONITORING
( ) MENTAL HEALTH TEST/TREAT ( ) ROL ( ) NOT DRIVE ( ) FIREARM ( ) PASSPORT
( ) AVOID CONTACT ( ) ALCOHOL & DRUG USE ( ) EMPLOYMENT

**MINUTES:**
(X) GOVT ADDUCED EVIDENCE & RESTS (X) EXHIBITS: Affidavit entered into evidence as Exh #1.
( ) DEFT ADDUCED EVIDENCE & RESTS ( ) EXHIBITS: _____

Gvt adduced further evidence as to detention - Rests
Deft argues for bond - Denied.

( ) GOVT. ( ) DEFT. ( ) JOINT MOTION TO CONTINUE ( ) GRANTED ( ) DENIED

**NEXT APPEARANCE:**
_____ AT _____ AM OR PM
( ) DH ( ) PH ( ) STATUS ( ) TRIAL ( ) JURY ( ) PLEA ( ) SENT ( ) PBV ( ) SRV ( ) VCR ( ) R5
( ) ARRAIGN ( ) INDENT ( ) OTHER JUDGE _____

(X) MATTER CONTINUED FOR FURTHER PROCEEDINGS BEFORE THE GRAND JURY

( ) RELEASE ORDER GIVEN TO USMS