AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

FILED
2012 OCT -4 A 11: 11
CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

| United States of America | ) |
|---|---|
| v. | ) |
|  | )  Case No.   1:12MJ610 |
| Artavia Lorraine Palmer, a/k/a "Tay" et al | ) |
| *Defendant* | ) |

## ARREST WARRANT

To:   Any authorized law enforcement officer

YOU ARE COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   SHERRITA ROCQUEL MCMILLIAN,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Defendant knowingly, intentionally, and unlawfully combined, conspired, confederated, and agreed with others to distribute acquire and obtain by misrepresentation, fraud, forgery, deception, or subterfuge, a mixture and substance containing a detectable amount of Promethazine with Codeine Syrup, a Schedule V controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1), 843 (a)(3) and 846.

/s/
Theresa Carroll Buchanan
United States Magistrate Judge

Date:   09/20/2012

*Issuing officer's signature*

City and state:   Alexandria, Virginia          Hon.  Theresa Carroll Buchanan, U.S. Magistrate Judge
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* 9-20-12, and the person was arrested on *(date)* 9-28-12 at *(city and state)* Washington, DC. |
| Date: 9-28-12 |
| *Arresting officer's signature* |
| Justin Carroll / Deputy US Marshal |
| *Printed name and title* |

for DEA