IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| ARTAVIA LORRAINE PALMER, | ) | 1:12-mj-610 (LMB/TRJ) |
| | ) | |
| Defendant. | ) | |

## ORDER

For the reasons stated in open court, it is hereby

ORDERED that defendant's Motion and Memorandum in Support
of Request for Reasonable Bond [Dkt. No. 25] be and is DENIED.

The Clerk is directed to forward copies of this Order to
counsel of record and the United States Pretrial Services
Office.

Entered this 10 day of October, 2012.

Alexandria, Virginia

/s/

Leonie M. Brinkema
United States District Judge