IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case Number: 1:12mj610 |
| | ) | |
| ARTAVIA PALMER | ) | |
| | ) | |

*****************************************************************************

NOTICE OF MOTION

Please take notice that on October 26, 2012 at 9:00 a.m., or as soon as the Court may hear her motion, ARTAVIA PALMER, by and through counsel, will move this Court for reconsideration of her motion for release, pre-trial as requested in her previously filed motion.

Respectfully submitted

Artavia Palmer

By Counsel

_____/s/_____
Alfred L. Robertson, Jr.
VSB # 45000
Robertson Law Office, PLLC
11350 Random Hills Rd., #800
Fairfax, VA 22030
(703) 934-6148
(703) 352-7014 (facsimile)
rob@robertsonlawoffice.com
Counsel for Artavia Palmer

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT on the 18th day of October, 2012, I electronically filed the foregoing with the Clerk of the Court using CM/ECF system, which will send notification of such filing (NEF) to the following:

Jessica Hurtz, Esquire
Special Assistant United States Attorney
Office of the United States Attorney
2100 Jamieson Avenue
Alexandria, Virginia 22314
Tel: (703) 299-3700
Fax: (703) 299-3982
Jessica.Hurtz@usdoj.gov

           /s/
Alfred L. Robertson, Jr.
VSB # 45000
Robertson Law Office, PLLC
11350 Random Hills Rd., #800
Fairfax, VA 22030
(703) 934-6148
(703) 352-7014 (facsimile)
rob@robertsonlawoffice.com
Counsel for Artavia Palmer