IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>ARTAVIA LORRAINE PALMER )<br>a/k/a "Tay," )<br>)<br>Defendant. ) | Case No. 1:12mj610-001 |

## ORDER TO EXTEND TIME TO FILE AN INDICTMENT

Upon joint motion of the parties, it is hereby ordered that the time within which to file an indictment for the defendant, ARTAVIA LORRAINE PALMER, shall be extended through and including November 26, 2012.

It is further ordered that the period of this extension is deemed excludable time under the Speedy Trial Act. Pursuant to 18 U.S.C. § 3161(h)(8)(A), the Court finds that the period of delay is excludable because the reasons for granting the joint motion outweigh the best interests of the public and the defendant in a speedy trial.

SO ORDERED, this 23rd day of October, 2012.

/s/
_____
Leonie M. Brinkema
United States District Judge