THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.   ) | Case No. 1:12mj610 |
| ) | |
| ARTAVIA LORRAINE PALMER ) | |
|  a/k/a "Tay," ) | |
| ) | |
| ELITCHA KWAMI BONNEY ) | |
| ) | |
| MELISSA JANICE HALL ) | |
|  a/k/a "Charlie," ) | |
| ) | |
| SHERRITA ROCQUEL MCMILLIAN ) | |
|  a/k/a "Rocquie" and "Rita," ) | |
| ) | |
|  Defendants. ) | |

ORDER

The motion of the United States of America to dismiss without prejudice case number 1:12-mj-610 pertaining to defendants, ARTAVIA LORRAINE PALMER, ELITCHA KWAMI BONNEY, and SHERRITA ROCQUEL MCMILLIAN, is hereby granted.

IT IS ORDERED that case number 1:12-mj-610 pertaining to the defendants, ARTAVIA LORRAINE PALMER, ELITCHA KWAMI BONNEY, and SHERRITA ROCQUEL MCMILLIAN, is hereby dismissed without prejudice.

Dated this 16TH
day of November, 2012
Alexandria, Virginia

_____/s/_____
John F. Anderson
United States Magistrate Judge

JOHN F. ANDERSON
U.S. MAGISTRATE JUDGE
EASTERN DISTRICT OF VIRGINIA